IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-537 |
| | ) | |
| | ) | Judge Cathy Bissoon |
| MICHAEL DECARLO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Nathan Riley ("Plaintiff") is a state prisoner currently housed at the State Correctional Institution at Greene ("SCI-Greene") in Waynesburg, Pennsylvania. Plaintiff brings this suit pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983, alleging that Defendants violated his rights under the First, Eighth, and Fourteenth Amendments to the Constitution of the United States. Compl. (Doc. 5 at 3). Plaintiff also raises claims under the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C. § 2000cc *et seq*., as well as various state law claims. Id. This suit commenced on April 26, 2011, with the receipt of the complaint. (Doc. 1).

Before this Court is Plaintiff's motion for miscellaneous relief (Doc. 56), through which he asks this Court to compel Defendant Folino to provide him with "six hours of law library time three times a day, seven days per week." Id. ¶ 9. The basis for this motion is that Plaintiff currently is involved in litigating three civil actions in federal court, and one post-conviction collateral proceeding in state court. Id. ¶ 4. Plaintiff concedes that he is granted access to SCI-Greene's law library for two to six hours per week. Id. ¶ 5.

There is a well-established policy of non-interference by the courts in the day-to-day operation of prisons. See Tilley v. Allegheny Cnty. Jail, No. 09–299, 2010 WL 1664900, at *5

(W.D. Pa. Feb.18, 2010) (internal citations omitted) (Hay, C. Mag. J.).  Given that Plaintiff states that he has access to the law library, and there is no indication that, given his circumstances, he cannot obtain extensions of time with respect to any pending issues in his various cases, there is no reason to interfere with the running of SCI-Greene's library at this time.

    AND NOW, this 19th day of January, 2012,

    IT IS HEREBY ORDERED that Plaintiff's motion for miscellaneous relief (Doc. 56) is DENIED.

BY THE COURT:

s/Cathy Bissoon
CATHY BISSOON
UNITED STATES DISTRICT JUDGE

**cc:**
**NATHAN RILEY**
CT 8571
SCI Greene
175 Progress Drive
Waynesburg, PA 15370